IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C -13-01934 EDL |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| v. | |
| THE CITY OF EMERYVILLE, ET AL., | |
| Defendant. | |

On July 15, 2013, Plaintiff filed Request to Amend Complaint and Request to Electronically File. The request does not include the information the Court requires to decide whether to permit e-filing. Therefore, the Court directs Plaintiff to the Court's website for the appropriate motion and proposed order that must be filed. The Court's website is www.cand.uscourts.gov. To reach the form motion and proposed order, Plaintiff should click on the "Pro se litigants" tab on the top of the Court's homepage, and then click on "Forms to use in a civil case" tab, which is near the bottom of the pro se litigants page. The title of the form is "Motion for Permission for Electronic Case Filing and Proposed Order." Once Plaintiff files the motion and proposed order, the Court will make a determination as to whether to allow Plaintiff to be an e-filer. Plaintiff's request to be permitted to use the Court's electronic filing system (docket 15) is denied without prejudice to Plaintiff filing the appropriate motion and proposed order from the Court's website.

**IT IS SO ORDERED.**

Dated: July 17, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge