**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630  FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

November 6, 2013

Hon. Elizabeth D. Laporte
Chief Magistrate Judge
US District Court-Northern District
Courtroom E - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *Linder v. The City of Emeryville, et al.*
    USDC Case No. 3:13-cv-01934-EDL

Dear Judge Laporte:

 On November 12, 2013 at 10:00 a.m., this matter is currently scheduled for a Case Management Conference ("CMC") in Courtroom E. I respectfully request allowance to appear at the CMC in lieu of lead trial counsel Dale L. Allen, Jr., as he is unavailable to appear on this day.

 I am co-trial counsel in the *Linder* matter, and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements. I have full authority to enter stipulations and make admissions.

 Thank you for considering this request.

            Very truly yours,

            LOW, BALL & LYNCH

            /s/

            Kevin P. Allen

IT IS SO ORDERED.

DATED: 11/4/13

         ELIZABETH D. LAPORTE
         United States Chief Magistrate Judge

J:\1426\SF0113\Correspondence\L-Judge LaPorte 002-KPA Appear.docx