UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JONATHAN LINDER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF EMERYVILLE, et al.,<br><br>        Defendant.<br>_____/ | No. C 13-1934 EDL<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:         March 13, 2014<br>Evaluator:  Randolph Hall |

   IT IS HEREBY ORDERED that the request to excuse defendant Officer Thompson from appearing in person at the March 13, 2014, ENE before Randolph Hall is GRANTED.  Officer Thompson shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

   IT IS SO ORDERED.

March 11, 2014          By: _____
Dated                                Maria-Elena James
                                     United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California