United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF EMERYVILLE, et al.,<br><br>  Defendants. | Case No.  13-cv-01934-EDL<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court has been informed that this case has fully settled.  IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge